Cox *v.* City of Hapeville *et al.*

Candler, Justice. This case is controlled by *Smith* v. *McMichael,* 203 *Ga.* 74 (45 S. E. 2d, 431).

*Judgment reversed. All the Justices concur, except Duckworth, P. J., absent on account of illness, and Wyatt, J., who took no part in the consideration or decision of this case.*

No. 16032. January 10, 1948.

*William H. Reynolds,* for plaintiff.
*Allen, Harris & Henson,* and *Rex T. Reeves,* for defendants.